Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
Edward D. Winchester, SBN 271500
E-Mail: edward.winchester@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>HALF MOON BAY GRADING & PAVING, INC., a California corporation; and GARY LEE GIOVANNONI SR., an individual,<br><br>Defendant. | Case No.: CV 13 5970 MEJ<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     May 29, 2014<br>Time:     10:00 a.m.<br>Ctroom:   B, 15th Floor<br>          Hon. Maria-Elena James |

///

///

///

15015018.1

— 1 —

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1   Plaintiffs Laborers Trust Funds respectfully request the Court postpone the May 29,
2   2014 Case Management Conference for 60 days on the ground that Plaintiffs and Defendants
3   are negotiating the terms of a settlement agreement and anticipate that this case will settle.
4   DATED: May 27, 2014

BULLIVANT HOUSER BAILEY PC


By ____/s/ Edward D. Winchester____
Ronald L. Richman
Susan J. Olson
Edward D. Winchester

Attorneys for Plaintiffs

15015018.1

— 2 —

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

## ORDER

Plaintiff Laborers Trust Funds having requested that the Case Management Conference be postponed 60 days to allow the parties to informally resolve the matter and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference shall be scheduled for ___July 31st___, 2014 at 10:00 a.m., Courtroom B, 15th Floor. The parties are required to submit a Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of the parties' informal attempts to resolve the dispute.

DATED: May ___27th___, 2014

By _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE