1 │ Ronald L. Richman, SBN 139189
  │ E-Mail: ron.richman@bullivant.com
2 │ Susan J. Olson, SBN 152467
  │ E-Mail: susan.olson@bullivant.com
3 │ Edward D. Winchester, SBN 271500
  │ E-Mail: edward.winchester@bullivant.com
4 │ BULLIVANT HOUSER BAILEY PC
  │ 601 California Street, Suite 1800
5 │ San Francisco, California  94108
  │ Telephone: 415.352.2700
6 │ Facsimile: 415.352.2701

7 │ Attorneys for Plaintiffs

8 │ UNITED STATES DISTRICT COURT

9 │ NORTHERN DISTRICT OF CALIFORNIA

10 │ SAN FRANCISCO DIVISION

| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: CV 13 5970 MEJ **REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER THEREON** |
| --- | --- |
| Plaintiff, | |
| vs. | |
| HALF MOON BAY GRADING & PAVING, INC., a California corporation; and GARY LEE GIOVANNONI SR., an individual, | |
| Defendant. | |

– 1 –

1    Plaintiffs and Defendants have reached a final, binding settlement.  Defendants have not

2  formally appeared in this case.  Based on the settlement, Plaintiffs request that this matter be

3  dismissed, in its entirety, without prejudice.

4  DATED:  August 11, 2014

5                                           BULLIVANT HOUSER BAILEY PC

6

7                                  By _____

8                                           Ronald L. Richman
                                           Susan J. Olson
                                           Edward D. Winchester
9

10                                         Attorneys for Plaintiffs

11

12                                         **ORDER**

13    Plaintiff Laborers Trust Funds having advised this Court that the matter has been settled

14  and having requested that this case be dismissed, in its entirety, without prejudice, and good

15  cause appearing:

16    IT IS HEREBY ORDERED that this case is dismissed, in its entirety, without prejudice.

17  DATED:  August ___11th___, 2014

18                                  By _____

18                                           HON. MARIA-ELENA JAMES
                                           UNITED STATES MAGISTRATE JUDGE
19

20

21  15184503.1

22

23

24

25

26

27

28

– 2 –

REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER THEREON